Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| QBE INSURANCE CORPORATION, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>GSJONES LAW GROUP, P.S., a Washington professional services corporation; CHALMERS JOHNSON, an individual,<br><br>Defendants. | Case No. 3:21-cv-05909-RAJ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I. **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff QBE Insurance Corporation and Defendants GSJones Law Group, P.S. and Chalmers Johnson that:

All of Plaintiff's claims against Defendants and Defendant Johnson's counterclaim against QBE should be dismissed in their entirety with prejudice and without fees or costs to any party.

The result of the instant Stipulation is the complete dismissal of all claims in this matter.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(3:21-cv-05909-RAJ)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

IT IS FURTHER STIPULATED that the Order of Dismissal below may be presented without notice of presentation.

DATED this 27TH day of May, 2022.

| COZEN O'CONNOR | McNAUL EBEL NAWROT & HELGREN PLLC |
|---|---|
| By */s/ Kevin A. Michael*<br>   Kevin A. Michael, WSBA No. 36976<br>Of Attorneys for Plaintiff QBE Insurance Corporation<br><br>999 Third Avenue, Suite 1900<br>Seattle, Washington  98104<br>Phone: 206.340.1000<br>Fax: 206.621.8783<br>kmichael@cozen.com | By */s/ Michael P. Hatley*<br>   Avi J. Lipman, WSBA #37661<br>   Michael P. Hatley, WSBA #57500<br>Of Attorneys for Defendant GSJones Law Group, P.S.<br><br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>Phone:  206.467.1816<br>alipman@mcnaul.com<br>mhatley@mcnaul.com |

*/s/ Chalmers C. Johnson*
Chalmers C. Johnson, WSBA 40180
Defendant, *Pro Se*

P.O. Box 1575
Port Orchard, WA  98366
chalmersjohnson@gmail.com;
longshotlaw3@gmail.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
(3:21-cv-05909-RAJ)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000

# ORDER OF DISMISSAL

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendants and Defendant Johnson's counterclaim against QBE are dismissed in their entirety with prejudice and and without fees or costs to any party.

DATED this 31st day of May, 2022.

*Richard A. Jones*

HON. RICHARD A. JONES
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
(3:21-cv-05909-RAJ)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104-4019
(206) 340-1000